FILED

2006 SEP -6 PM 1:55

[CLERK stamp, Southern District of California]

BY _____ dO _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIF DURRANI,<br><br>           Petitioner,<br>vs.<br><br>S.A. HOLENCIK,<br><br>           Respondent. | CASE NO. 06CV1730-LAB (JMA)<br><br>**ORDER *SUA SPONTE*<br>DISMISSING HABEAS PETITION** |

Petitioner Arif Durrani ("Durrani") has filed a Petition For Writ of Habeas Corpus ("Petition") purportedly pursuant to 28 U.S.C. § 2241. The case was originally assigned to Chief Judge Irma E. Gonzalez. Judge Gonzalez determined the petition actually seeks relief appropriately pursued under 28, U.S.C. § 2255, and that such relief should be sought from the sentencing judge. She accordingly instructed the Clerk of Court to transfer the case to the undersigned District Judge in an Order entered August 31, 2006.

This court has read and considered Durrani's Petition. He merely restates and revisits issues the court has previously decided. Accordingly, the court *sua sponte* **DENIES** the Petition and dismisses the case.

**IT IS SO ORDERED.**

DATED: 9-5-06

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:  MAGISTRATE JUDGE JAN M. ADLER
     PETITIONER, *PRO SE*
     ALL COUNSEL OF RECORD

06CV1730

Dockets.Justia.com