# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIF DURRANI,<br><br>           Petitioner,<br><br>   vs.<br><br>S.A. HOLENCIK,<br><br>           Respondent. | CASE NO. 06CV1730-LAB (JMA)<br><br>**ORDER FOLLOWING NINTH CIRCUIT RULING VACATING JUDGMENT; MANDATE SCHEDULING ORDER** |

In a March 30, 2007 Order, the Ninth Circuit vacated the September 6, 2006 Judgment in this case on grounds this court should have construed petitioner Arif Durrani's ("Durrani") January 3, 2007 filing as a request to withdraw his Petition and should have granted it. Durrani had belated filed the document in response to this court's December 12, 2006 Case Status Order providing him with the notice required under Castro v. United States, 540 U.S. 375, 382 (2003) of its intention to recharacterize his 28 U.S.C. § 2241 pleading as a 28 U.S.C. § 2255 Petition and setting a deadline of December 29, 2006 for him to avoid that result through a request to withdraw his petition. In vacating the Judgment and remanding, the Ninth Circuit instructs this court "to allow appellant to withdraw his pleading." Order p. 2. Accordingly, **IT IS HEREBY ORDERED** the court will spread the mandate in open court at *noon on October 15, 2007* and will enter at that time an Amended Judgment in conformity with the Ninth Circuit's instructions.[1]  No appearances are required.

**IT IS SO ORDERED**.

DATED: September 27, 2007

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1]   As part of his appeal, and as recited in the Ninth Circuit's remand Order, in an "emergency motion" filed January 16, 2007, Durrani had contended his pleading is more properly construed as a Section 2241 petition because it purportedly does not challenge his federal conviction. The Ninth Circuit ruled: "We disagree and deny the emergency motion." Order p. 2.

06CV1730