# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ARIF DURRANI,

                      Petitioner,

   vs.

S.A. HOLENCIK,

                      Respondent.

CASE NO. 06CV1730-LAB (JMA)

**AMENDED JUDGMENT**

In a March 30, 2007 Order, the Ninth Circuit vacated this court's September 6, 2007 Order *sua sponte* denying petitioner Ari Durrani's habeas petition in this matter, upon which a Clerk's Judgment was entered dismissing the case. Although Durrani purported to file the petition pursuant to 28 U.S.C. § 2241, the court construed the petition as a 28 U.S.C. § 2255 motion challenging his federal conviction. Although the Ninth Circuit concurs in that construction, in vacating the Judgment and remanding the matter, the Ninth Circuit instructs this court to construe Durrani's January 3, 2007 filing in this case as a request to withdraw his Petition and to grant the request. Accordingly, as the original Judgment in this case is vacated by Order of the Ninth Circuit, **IT IS HEREBY ORDERED** the court construes Durrani's January 3, 2007 filing as a request to withdraw his Petition and **GRANTS** that request. **IT IS FURTHER ORDERED** the Clerk of Court shall enter this Amended Judgment, terminating the case in its entirety on that basis.

    **IT IS SO ORDERED**.

DATED:  October 12, 2007

                          *Larry A. Burns*

                          **HONORABLE LARRY ALAN BURNS**
                          United States District Judge